UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN, | No. 2:19-cv-00406-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| M. LOTERSZTAIN, et al., | |
| Defendants. | |

On August 4, 2021, Plaintiff filed a motion for reconsideration of the magistrate judge's order filed on July 14, 2021, denying Plaintiff's motion to modify the discovery order.[1]

Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration (ECF No. 39), the order of the magistrate judge filed July 14, 2021 (ECF No. 38) is AFFIRMED.

Date: September 9, 2021

Troy L. Nunley
United States District Judge

---

[1] Plaintiff's motion for reconsideration was served on July 24, 2021 (ECF No. 39 at 17) and was therefore timely filed under the mailbox rule. *See Houston v. Lack*, 487 U.S. 266, 270 (1988); *Douglas v. Noelle*, 567 F.3d 1103, 1108-09 (9th Cir. 2009) (mailbox rule articulated in *Houston* applies to civil rights actions).