UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>M. LOTERSZTAIN, et al.,<br><br>　　　　　　Defendants. | No.  2:19-cv-0406 TLN KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding pro se.  Plaintiff filed two motions concerning scheduling, including a motion to modify the scheduling order.  Within fourteen days from the date of this order, defendants shall respond to plaintiff's motions.  Plaintiff may file a reply within fourteen days thereafter.

　　　Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, defendants shall respond to plaintiff's motions (ECF Nos. 41 & 42); plaintiff's reply, if any, shall be filed fourteen days thereafter.

Dated:  September 22, 2021

/witk0406.230

　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1