UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. LOTERSZTAIN, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-0406 TLN KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file and serve a reply to defendant's October 18, 2021 opposition to plaintiff's September 30, 2021 motion to compel.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 52) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file and serve his reply.

Dated:  November 23, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/witk0406.36