UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIANA LOTERSZTAIN, M.D., et al.,<br><br>  Defendant. | No. 2:19-cv-00406-TLN-KJN<br><br>**ORDER** |

On January 18, 2022, Plaintiff filed objections, construed as a request for reconsideration of the magistrate judge's order filed December 29, 2021, denying Plaintiff's motion to compel. (ECF No. 67.) Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the magistrate judge's December 29, 2021 order, (ECF No. 60), is affirmed.

DATED: March 9, 2022

_____
Troy L. Nunley
United States District Judge

1