UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. LOTERSZTAIN, et al.,<br><br>    Defendants. | No. 2:19-cv-00406-TLN-KJN<br><br>**ORDER** |

Plaintiff is a former state prisoner. On July 11, 2022, plaintiff filed a motion for reconsideration (ECF No. 75) of the magistrate judge's order filed June 23, 2022 (ECF No. 72), denying plaintiff's motion to exclude the opinion testimony of Dr. Burgar. Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration (ECF No. 75), the order of the magistrate judge filed June 23, 2022 (ECF No. 72) is affirmed.

**DATED: July 22, 2022**

Troy L. Nunley
United States District Judge

1