UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>        Plaintiff,<br><br>   v.<br><br>M. LOTERSZTAIN, et al.,<br><br>        Defendants. | No. 2:19-cv-0406 TLN KJN P<br><br>ORDER |

Plaintiff is a former state prisoner, proceeding pro se. Presently pending before the court is plaintiff's motion to participate in electronic case filing.[1] (ECF Nos. 84, 86.) Both counsel for defendants stipulated that plaintiff should be allowed access to electronic case filing.

Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Local Rule 183 further requires pro se parties to file documents conventionally unless the Court grants leave to use electronic filing. L.R. 183(c).

Plaintiff's motion for electronic filing provides good cause for deviance from the Local Rule applicable to unrepresented litigants. Because plaintiff is no longer in custody, has shown good cause, and obtained the stipulation of opposing counsel, plaintiff's motion to electronically

---

[1] This action is referred to the undersigned pursuant to 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and Local Rule 302(c)(21).

1

file all pleadings pursuant to Local Rule 133(b)(2) is granted. Such permission is limited to the instant case.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to electronically file all pleadings in this action pursuant to Local Rule 133(b)(2) are granted. (ECF Nos. 84, 86.)

Dated: August 8, 2022

                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

/witk0406.ecf