UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>             Plaintiff,<br><br>     v.<br><br>MARIANA LOTERSZTAIN, et al.,<br><br>             Defendants. | No.  2:19-cv-00406-TLN-KJN<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party filed objections to the findings and recommendations.[1]

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

---

[1] On August 8, 2022, Plaintiff was granted permission to electronically file all documents pursuant to Local Rule 133(b)(2).  (ECF No. 87.)

1

the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 14, 2023, are ADOPTED IN FULL; and

2. Defendant Dr. Lin's motion for summary judgment (ECF No. 55) is GRANTED.

**Date:  March 30, 2023**

_____
Troy L. Nunley
United States District Judge