IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| MICHAEL WITKIN, | Case No. 2:19-cv-0406 DJC KJN P |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | Judge: The Honorable Kendall J. Newman |
| MARIANA LOTERSZTAIN, M.D., WAYNE SCOTT, M.D., NONATO LARGOZA, M.D., MARTIN KUERSTEN, J. LIN, M.D., SARA GATES, et al., | Trial Date: March 25, 2024 |
| Defendants. | Action Filed: March 6, 2019 |

Having considered the stipulation of the parties to modify the Discovery and Scheduling Orders, and for good cause appearing, IT IS HEREBY ORDERED that,

The Discovery and Scheduling Orders (ECF Nos. 103 and 105) are modified as follows:

1. Trial is continued to July 22, 2024, at 9:00 a.m., in Courtroom 10;
2. The pretrial conference is continued to April 25, 2024, at 1:30 p.m., via Zoom;
3. The parties shall file pretrial statements no later than April 4, 2024;

and

1      4.    Expert disclosures are due no later than January 25, 2024, with expert discovery
2  to commence from January 26, 2024, and close on February 23, 2024.
3  Dated: October 19, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

witk0406.eot2