UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN, | No. 2:19-cv-0406 DJC KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MARIANA LOTERSZTAIN, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff was granted leave to proceed in forma pauperis on October 1, 2019. (ECF No. 8.)

On December 29, 2023, defendant Lotersztain filed a motion to revoke plaintiff's in forma pauperis status. Defendant argues that since plaintiff has been released from prison, his financial circumstances have changed, and his previously-granted in forma pauperis status should be revoked, and he should be ordered to submit a new request to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1), and the instant action should be dismissed if plaintiff fails to either pay the filing fee or submit a new application to proceed in forma pauperis.

Plaintiff has not opposed the motion or otherwise responded.

The in forma pauperis statute, 28 U.S.C. § 1915, distinguishes unincarcerated indigent people from incarcerated ones. Under § 1915(a)(1), a non-prisoner plaintiff may file suit without

prepaying fees, provided he or she submits an affidavit demonstrating "that the person is unable to pay such fees or give security therefor." Escobedo v. Applebees, 787 F.3d 1226, 1232 (9th Cir. 2015); Ingle v. Cir. City Stores, Inc., 328 F.3d 1165, 1177 (9th Cir. 2003).  On the other hand, an indigent prisoner is not exempt from prepayment. 28 U.S.C. § 1915(b)(1).  Instead, the prisoner must submit a copy of his or her trust account statement, make an initial payment, followed by subsequent monthly installments, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(1)-(2).

"[In forma pauperis] status may be acquired or lost during the course of the litigation, and the court may waive or order payment of costs for any of the benefits that may arise under the statute." Stehouwer v. Hennessey, 841 F. Supp. 316, 321 (N.D. Cal. 1994), aff'd in part, vacated in part on other grounds sub nom. Olivares v. Marshall, 59 F.3d 109 (9th Cir. 1995).  The court may revoke plaintiff's in forma pauperis status "if there is sufficient evidence that plaintiff's financial condition has improved to the point that plaintiff's economic situation is no longer a significant barrier to maintaining the action." Murphy v. Jones, 801 F. Supp. 283, 289 (E.D. Mo. 1992); see also Carter v. Telectron, Inc., 452 F. Supp. 939, 942 (S.D. Tex. 1976) ("if the allegation of poverty is no longer true because of a subsequent improvement in the economic status of plaintiff, it is within the authority of this Court to dismiss the proceeding…   or. . . require that the costs of the litigation to date be paid by plaintiff in lieu of dismissal" (internal citations omitted)).

On this record, it is unclear whether or to what extent plaintiff's financial condition has improved.  Thus, plaintiff shall submit a current, fully-completed and signed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("AO 239").[1]  Plaintiff is cautioned that failure to submit the completed and signed form will result in a recommendation that the motion to revoke plaintiff's in forma pauperis status be granted, and plaintiff will be required to pay the court filing fee in full before this action may continue.  If plaintiff is no longer indigent, he will be required to pay the court's required filing fee of $350.00 plus the $55.00 administrative fee, for a total fee of $405.00. See 28 U.S.C. §§ 1914(a).  The court's financial

---

[1] This form is available at <https://www.uscourts.gov/forms/fee-waiver-applicationforms/application-proceed-district-court-without-prepaying-fees-or>.

2

department confirms that to date, plaintiff has paid nothing toward the filing fee imposed in this action at the time plaintiff was granted leave to proceed in forma pauperis.[2]

Plaintiff is cautioned that failure to submit the completed and signed form will result in a recommendation that the motion to revoke plaintiff's in forma pauperis status be granted, and plaintiff will be required to pay the required court filing fees of $405.00 in full before this action may continue.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days from the date of this order, plaintiff shall file a fully completed and signed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("AO 239"); and

2. Plaintiff is cautioned that failure to submit the completed and signed form will result in a recommendation that the motion to revoke plaintiff's in forma pauperis status be granted, and plaintiff will be required to pay the court filing fees of $405.00 in full before this action may continue.

Dated: January 25, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/witk0406.rev

---

[2] Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee and are allowed to make payments toward the filing fee. Litigants who are out of custody and not granted leave to proceed in forma pauperis must pay the court's filing and administrative fees in full.