UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN, | No. 2:19-cv-00406-DJC-KJN |
| Plaintiff, | |
| v. | ORDER |
| MARIANA LOTERSZTAIN, et al., | |
| Defendants. | |

Defendant has filed a document containing five partially completed subpoenas. (ECF No. 126.) This was originally designated as a "witness list" but appears to possibly be a request for subpoenas. However, all of the individuals named in the subpoenas are parties to this action. The Court directs Plaintiff and Counsel for Defendants to meet and confer about whether Defendants' attendance at trial can be secured by agreement of the parties and without the issuance of subpoenas. These meet and efforts should be completed before the Final Status Conference scheduled for 12/19/24 at 1:30 P.M. in Courtroom 7 before Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  **December 11, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1